[No. 17794-3-II.   Division Two.   February 9, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v.
NAPOLEON DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 93-1-00515-4, William J. Kamps, J., entered December 17, 1993. *Affirmed* by unpublished opinion per Fleisher, J. Pro Tem., concurred in by Bridgewater, J., and Wiggins, J. Pro Tem.

[No. 17803-6-II.   Division Two.   February 9, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. RENEE
MELINA REYNOLDS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 93-1-01066-4, Thomas L. Lodge, J., entered November 30, 1993. *Reversed* by unpublished per curiam opinion. Now published at 80 Wn. App. 851.

[No. 17842-7-II.   Division Two.   February 9, 1996.]

THE CITY OF TACOMA, *Respondent*, v. GARY E.
JOHNSON, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-2-07523-2, Arthur W. Verharen, J., entered December 3, 1993. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Bridgewater, J., and Fleisher, J. Pro Tem.

[No. 17978-4-II.   Division Two.   February 9, 1996.]

MISCHELLE BENHAM, *Individually and as Guardian,
Appellant*, v. LLOYD GEORGE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clallam County, No. 92-2-00516-9, George L. Wood, Jr., J., entered January 7, 1994. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld, C.J., and Morgan, J.